NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM STEPHEN LUSH, II,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3131

---

Petition for review of the Merit Systems Protection Board in case no. AT3330090169-I-1.

---

## ON MOTION

---

## ORDER

William Stephen Lush, II, moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 1 8 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: William Stephen Lush, II
    Jeanne E. Davidson, Esq.

s21

**FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT**

**MAY 1 8 2011**

**JAN HORBALY
CLERK**